Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 310
Corona, CA 92880
Telephone: (866) 329-9217
Fax: (657) 246-1312
Email: JeremyB@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MCGOWN, | ) | Case No. 4:19-cv-02028-YGR |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| | ) | |
| – vs – | ) | |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Robert McGown notifies this Court that Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

                                                      RESPECTFULLY SUBMITTED,

Dated: July 8, 2019                    By: *Jeremy E. Branch*
                                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I filed NOTICE OF SETTLEMENT using the CM/ECF system, which will provide notice to the following:

Marcos D. Sasso (SBN 228905)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel: (424) 204-4400
Fax: (424) 204-4350
Email: sassom@ballardspahr.com

  /s/ Jeremy E. Branch
Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd. Ste. 310
Corona, CA 92880
Tel: (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: JeremyB@jlohman.com
Attorney for Plaintiff