Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
EMAIL: jeremyb@jlohman.com
Attorney fo Plaintiff, ROBERT MCGOWN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCGOWN, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Case No: 4:19-cv-02028-YGR <br><br> *ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert McGown ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Marcos D. Sasso (with permission)*
Marcos D. Sasso (SBN 228905)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
sassom@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 866-329-9217 ext. 1009
F: 657-246-1312
E: JeremyB@jlohman.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Marcos D. Sasso (SBN 228905)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
sassom@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy Branch*
Jeremy Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
EMAIL: jeremyb@jlohman.com
Attorney fo Plaintiff, Robert McGown