UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCGOWN,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Case No: 4:19-cv-02028-YGR<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL |

### ~~[PROPOSED]~~ ORDER OF DISMISSAL

Plaintiff, Robert McGown ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: __August 27, 2019__

_Yvonne Gonzalez Rogers_
Yvonne Gonzalez Rogers
United States District Judge